18 So.2d 112

**Nat DAWSON, as Receiver of Farmers' Meat Processing Co. v. R. L. ZEIGLER.**

**2 Div. 194.**

Supreme Court of Alabama.

March 15, 1944.

Harry W. Gamble, of Seima, for appellant.

A. M. Pitts, of Selma, for appellee.

PER CURIAM.
Appeal dismissed, motion of appellant.